No. 96. BALTIMORE & OHIO R. Co. *v.* ANDERSON, EXECUTRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-

cuit denied. *Mr. Harold R. Oakes* for petitioner. *Mr. Morton L. Fearey* for respondent.